UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL VICOCHEA,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 25-12317
Honorable Shalina D. Kumar
Mag. Judge Patricia T. Morris

## JUDGMENT

The entitled came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on October 23, 2025, the Petition for Writ of Habeas Corpus is **DENIED**. The petitioner is **GRANTED** leave to appeal i*n forma pauperis*.

Dated at Flint, Michigan, this 23rd, day of October, 2025.

    KINIKIA ESSIX
    CLERK OF THE COURT

    BY: T. Hallwood
    DEPUTY CLERK

APPROVED:

s/Shalina D. Kumar
SHALINA D. KUMAR
UNITED STATES DISTRICT JUDGE