UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL VICOCHEA,

              Petitioner,

v.

ERIC RARDIN,

              Respondent.

Case No. 25-12317
Honorable Shalina D. Kumar
Magistrate Judge Patricia T. Morris

## ORDER VACATING THE ORDER DIRECTING THE CLERK OF THE COURT TO REFUND $ 400.00 OF THE FILING FEE TO PETITIONER

The petitioner, Michael Vicochea, filed a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 23, 2025, the Court summarily denied the petition but directed the Clerk of the Court to refund $ 400.00 of the filing fee to Petitioner based on the Court's belief, and the Clerk's belief at the time, that Petitioner paid $ 405.00 dollars and not the $5.00 filing fee for filing a habeas action.[1] *Vicochea v. Rardin*, No. 25-12317, 2025 WL 2989750 (E.D. Mich. Oct. 23, 2025).

It has now been brought to the Court's attention by the Clerk's Office that Petitioner, in fact, paid only $ 5.00 to file his habeas petition and not $405.00 as both the Court and the Clerk's Office originally believed. Indeed, the record reflects that on July 31, 2025, Petitioner paid the correct amount

---

[1] The filing fee for a habeas action is $ 5.00. *See* 28 U.S.C. § 1914(a).

1

and not $ 405.00 when he filed his habeas petition. *Vicochea v. Rardin*, No. 25-12317 (E.D. Mich.).

Fed. R. Civ. P. 60(a) says:

Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

Because Petitioner paid the appropriate fee when he filed his habeas petition, the Court vacates the order directing the Clerk of the Court to refund $ 400.00 to Petitioner.

Accordingly, **IT IS HEREBY ORDERED** that the order directing the Clerk of the Court refund $ 400.00 of the filing fee to Petitioner (ECF No. 3) is **VACATED**.

Dated: November 17, 2025

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge